896 A.2d 1166

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Neomosha NELSON, Respondent.**

**No. 1132 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 31, 2006.

*O R D E R*

PER CURIAM:

AND NOW, this 31st day of March, 2006, upon consideration of the Recommendation of the Three–Member Panel of the Disciplinary Board dated February 14, 2006, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that NEOMOSHA NELSON is suspended on consent from the Bar of this Commonwealth for a period of one year and one day, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.